# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200

NEW YORK
HONG KONG
LONDON
SEOUL
SHANGHAI
TEL AVIV
MIAMI
SAN FRANCISCO
WASHINGTON DC
BVI
CAYMAN ISLANDS

**BY ECF**  April 1, 2019
Hon. Edgardo Ramos
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Fractus, S.A. v. AT&T Mobility LLC*, Misc. Action No. 1:19-00130

Dear Judge Ramos:

We represent Fractus, S.A. ("Fractus") in the above captioned matter and write to request that this Court (1) permanently seal Exhibit 5 to the Declaration of Hugham Chan, dated March 25, 2019 (ECF No. 10-5) (the "Withdrawal Agreement") and (2) enter an order granting Fractus leave to re-file the aforementioned document under seal.

Non-Party SBA Communications Corporation ("SBA") appears to object to the inclusion of an unsealed copy of the Withdrawal Agreement in this case,[1] and so Fractus, in good faith, on April 1, 2019, contacted this Court's ECF Help Desk to request that the filed document be temporarily sealed. Now Fractus requests that the Court grant it leave to re-file the document under this Court's sealing requirements. Should the Court grant this request, Fractus will file a copy of the document with the Court pursuant to Section 6 of the Electronic Case Filing Rules & Instructions for the Southern District of New York, and the Southern District of New York's Sealed Records Filing Instructions.

Respectfully submitted,

*/s/ Kimberly Perrotta Cole*
Kimberly Perrotta Cole
+1 202 664 1900

Cc: All Counsel of Record via ECF

---

[1] *See* SBA Communications Corporation's Reply in Support of Motion to Quash Fractus' Subpoena and Opposition to Fractus' Cross Motion to Compel Compliance with Rule 45 Subpoena (ECF No. 20) at 9, 21-22.